IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                         No. CIV S-10-1021 JAM DAD (TEMP)

    vs.

DOROTHY FIELDS,

    Defendant.                       <u>ORDER</u>

_____/

        Presently calendared for hearing in the above-entitled action on May 6, 2011 is plaintiff's motion for default judgment. An amended complaint was filed which named Dorothy Fields as a defendant. In plaintiff's status report, plaintiff asserts this defendant was added because there was a change in ownership at the facility which is the subject of this action under the Americans With Disabilities Act. Although the amended complaint references ownership documents at Exhibit B to the amended complaint, nowhere in that exhibit nor in any other documentation submitted to the court is there any evidence that Dorothy Fields is a proper defendant in this action. Accordingly, IT IS HEREBY ORDERED that:

        1. No later than April 15, 2011, plaintiff shall file a supplemental brief supporting plaintiff's claim that defendant Fields is the owner of the subject property.

/////

1

2. The Clerk of Court is directed to serve a copy of this order on Dorothy Fields; 2901 Auburn Folsom Road; Newcastle, CA   95658.

DATED: April 1, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1:JMM
johnson-fields1021.fb.wpd