IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                 No. CIV S-10-1021 JAM DAD (TEMP)

    vs.

DOROTHY FIELDS,

    Defendant.            <u>ORDER TO SHOW CAUSE</u>

_____/

        By order filed April 4, 2011, plaintiff was directed to file a supplemental brief supporting plaintiff's claim that defendant Fields is the owner of the subject property. That order was served on defendant Fields. In response to that order, defendant Fields submitted a letter to the court in which she alleges that in September, 2010 she advised plaintiff that she was not the owner of the property which is the subject of this action. With her letter defendant Fields also submitted copies of e-mail correspondence between her and plaintiff. The first e-mail from plaintiff, dated September 29, 2010, states plaintiff's intent to remove Fields as a defendant from the action. The second e-mail from plaintiff, dated December 6, 2010, advises defendant Fields that she need not respond to the summons and the amended complaint.

        Despite the apparent representations made by plaintiff in these e-mails, on March 21, 2011, plaintiff filed a motion for default judgment against defendant Fields. Apparently in

response to the court's order directing supplemental briefing on the question of ownership of the subject property, plaintiff filed a notice of voluntary dismissal on April 14, 2011.

The circumstances presented in this action have raised serious concerns with the court regarding the professional care given to the prosecution of actions by plaintiff. Although plaintiff is proceeding pro se, he was admitted to the Bar of the Eastern District of California on December 17, 2003 and as such, is an officer of this court. Plaintiff will be afforded an opportunity to respond to the allegations of misconduct raised by defendant Fields in her letter.

Accordingly, IT IS HEREBY ORDERED that:

1. No later than May 6, 2011, plaintiff shall show cause, in writing, why sanctions should not be imposed for the continued prosecution of this action against defendant Fields after September 29, 2010.

2. The Clerk of Court is directed to file the letter from defendant Fields, dated April 8, 2011 and the exhibits attached thereto and to serve a copy on plaintiff.

3. The Clerk of Court is directed to serve a copy of this order on Dorothy Fields; 2901 Auburn Folsom Road; Newcastle, CA   95658.

DATED: April 21, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

JMM
johnson-fields.osc